IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WYNN COLLINS and<br>NANCY YARENKO,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF TUSKEGEE and<br>TUSKEGEE POLICE DEPARTMENT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACT. NO.  3:15cv337-CSC<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Upon consideration of the joint stipulation for dismissal filed on November 4, 2016, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 7th day of November, 2016.

                             /s/Charles S. Coody
                        CHARLES S. COODY
                        UNITED STATES MAGISTRATE JUDGE